# Court of Appeals
# of the State of Georgia

ATLANTA,     May 23, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1749.  DONNIE H. STEVERSON v. BETH C. SHARPE.**

Prison inmate Donnie H. Steverson filed a direct appeal from the trial court's order denying his filing of a pro se civil action against Beth C. Sharpe.[1] Because Steverson was incarcerated when he sought to file the action, his appeal is controlled by the Prison Litigation Reform Act of 1996. OCGA § 42-12-1 et seq. OCGA § 42-12-8 requires that an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35." Under OCGA § 5-6-35, the party wishing to appeal must file an application for discretionary appeal to the appropriate appellate court. Steverson's failure to file an application for discretionary appeal in this case deprives this Court of jurisdiction over this direct appeal. See *Jones v. Townsend*, 267 Ga. 489 (480 SE2d 24) (1997). Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 05/23/2012
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] Although Steverson's action was styled as a request under the Freedom of Information Act, it was submitted to the clerk of the trial court and was therefore reviewed before filing as required by OCGA § 9-15-2 (d).